# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA MAHMOOD, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF | : | No. 12-1544 |
| MEDICAL EXAMINERS, | : | |
| Defendant. | : | |

## AMENDED ORDER

AND NOW, this **21st** day of **February, 2013**, upon consideration of Defendant National Board of Medical Examiners ("NBME")'s motion for summary judgment, the accompanying memorandum of law and exhibits, and Plaintiff Maria Mahmood's answer, it is **ORDERED** that summary judgment is GRANTED.

Judgment is entered in favor of Defendant.

The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Timothy R. Rice_____
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge