MARIA MAHMOOD,
    Appellant

v.

NATIONAL BOARD OF MEDICAL EXAMINERS