# TRANSCRIPT PURCHASE ORDER
## For Third Circuit Court of Appeals



**District Court:** Eastern District of Pennsylvania

**Court of Appeals Docket No.** 13-1908
**District Court Docket No.** 12 cv 01544

**Short Case Title:** Mahmood v National Board of Medical Examiners
**Date Notice of Appeal Filed by Clerk of District Court** 3/20/13

---

**Part I.** (To be completed by party responsible for ordering transcript)

**A.** Check **one** of the following and <u>serve ALL COPIES</u>:

**TRANSCRIPT:**

___ None   ___ Unnecessary for appeal purposes.

_✓_ Already on file in the District Court Clerk's office.

___ This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

___ Voir dire         ___ Opening Statement of Plaintiff      ___ Opening Statement of Defendant
___ Closing Argument of Plaintiff   ___ Closing Argument of Defendant
___ Jury Instructions    ___ Sentencing Hearings

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

___ CJA Form submitted to District Court Judge     ___ Motion for Transcript has been submitted to District Court
(○) CJA Form submitted to Court of Appeals          ___ Private Funds

**Signature:** [signature]                              **Date:** 04/01/2013
**Print Name:** Ilene Young                            **Counsel for:** Plaintiff/Appellant
**Address:** 172 Middletown Blvd Langhorne PA 19047    **Telephone:** 215-750-9500

RECEIVED APR - 4 2013 U.S.C.A. 3rd

---

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

___ Arrangements for payment were made on _____
___ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Name of Court Reporter | Telephone |
|---|---|---|

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court. Notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____                Signature of Court Reporter _____

mmr20051003daw