# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 13-1908

Maria Mahmood _____ vs. National Board of Medical Examiner

## ENTRY OF APPEARANCE

Please the list names of all parties represented, using additional sheet(s) if necessary:

_____

Indicate the party's role IN THIS COURT (check only one):

_____ Petitioner(s)     ✔ Appellant(s)     _____ Intervenor (s)

_____ Respondent(s)     _____ Appellee(s)     _____ Amicus Curiae

(Type or Print) Counsel's Name  Ilene Young
     Mr.     ✔ Ms.     Mrs.     Miss

Firm  Ilene Young Law Offices

Address  172 Middletown Blvd., Suite 204

City, State, Zip Code  Langhorne, PA 19047

Phone (215 )750-9500          Fax (215)689-4868

Primary E-Mail Address (required)  ileneyoung@ileneyoung.com

Additional E-Mail Address (1) info@ileneyoung.com
Additional E-Mail Address (2) _____

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** _____

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 10/16/09