# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT:** This statement is due to be filed with the Clerk of the Court of Appeals not later than **14 days** from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:

Maria Mahmood v National Board of Medical Examiners

APPEAL FROM DISTRICT COURT:
District: Eastern District
D.C. Docket No.: 12-cv-01544
Date proceedings initiated in D.C.: 3-27-2012
Date Notice of Appeal filed: 3-20-2013
USCA No.: 13-1908

## COUNSEL ON APPEAL

Appellant(s): Maria Mahmood

Name of Counsel: Ilene Young
Name of Party(ies): Maria Mahmood
Address: 172 Middletown Blvd., Suite 204 Langhorne, PA 19047
Telephone No.: 215-750-9500
Fax No.: 215-689-4868
E-mail: ileneyoung@ileneyoung.com

For Appellee(s): *List only the names of parties and counsel who will oppose you on appeal

Name of Counsel: Michael E. Sacks
Name of Party(ies): National Board of Medical Examiners
Address: 1601 Market Street, Suite 3310, Philadelphia, PA 19103
Telephone No.: 215-255-8596
Fax No.: 215-255-8583
E-mail: sacksme@hamburg-g

Name of Counsel: Neil J Hamburg
Name of Party(ies): National Board of Medical Examiners
Address: 1601 Market Street, Suite 3310 Philadelphia,PA 19103
Telephone No.: 215-255-8596
Fax No.: 215-255-8583
E-mail: hamburgnj@hamburg

Is this a Cross-Appeal?           Yes [ ]    No [✓]
Appeals Docket No.: _____

Was there a previous appeal in case?    Yes [ ]    No [✓]
If yes, Short Title: _____
Appeals Docket No.: _____
Citation, if reported: _____

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal? [ ] Yes [✓] No
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? [ ] Yes [✓] No

If you answered yes to either "a" or "b" please provide:
Case Name: _____
D.C. Docket No.: _____
Court or Agency: _____
Docket Number: _____
Citation, if reported: _____

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
[ ] ANTITRUST
[ ] BANKRUPTCY
[ ] BANKS & BANKING
[✓] CIVIL RIGHTS
[ ] COMMERCE, ROUTES, AND TARIFFS
[ ] COMMODITIES
[ ] COMMUNICATIONS
[ ] CONSUMER PROTECTION
[ ] COPYRIGHT
[ ] PATENT
[ ] TRADEMARK
[ ] ELECTION
[ ] ENERGY
[ ] ENVIRONMENTAL
[ ] FOIA FREEDOM OF INFORMATION
[ ] IMMIGRATION
[ ] LABOR
[ ] OSHA
[ ] SECURITIES
[ ] SOCIAL SECURITY
[ ] TAX
[ ] EQUAL ACCESS TO JUSTICE
[ ] OTHER Specify: _____

2. TORTS
[ ] ADMIRALTY
[ ] ASSAULT/DEFAMATION
[ ] PRODUCT LIABILITY/WARRANTY
[ ] DIVERSITY
[ ] OTHER Specify: _____

3. CONTRACTS
[ ] ADMIRALTY/MARITIME
[ ] ARBITRATION
[ ] COMMERCIAL
[ ] EMPLOYMENT
[ ] INSURANCE
[ ] NEGOTIABLE DISBURSEMENTS
[ ] OTHER Specify: _____

4. PRISONER PETITIONS
[ ] CIVIL RIGHTS
[ ] VACATE SENTENCE 2255
[ ] HABEAS CORPUS 2254
[ ] HABEAS CORPUS 2241
[ ] MANDAMUS/PROHIBITION
[ ] OTHER Specify: _____

5. OTHER
[ ] FORFEITURE
[ ] CIVIL GRAND JURY
[ ] TREATY Specify: _____
[ ] OTHER Specify: _____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served on each party or their counsel of record this 11 day of April, 2013.

(Signature of Counsel)

Rev : 1/09