Appellant, Maria Mahmood, was a medical student at the University of Illinois at Chicago. Appellant is an individual with a disability, as defined by the Americans with Disabilities Act, 42 U.S.C. §12101 et seq. Maria suffers from albinism, which, among other symptoms, causes her to be legally blind. She can read very slowly through a handheld telescope. Due to the time and effort necessary for reading, she requires twice the usual amount of time to complete written tasks.

Despite her disability, Maria has successfully completed the academic requirements toward her medical license. In order to obtain her medical degree, Maria has been required to take and pass testing provided by the National Board of Medical Examiners, a private organization that administers testing to medical students. She has requested accommodations for her disability on multiple test occasions. Specifically, she has requested a specialized computer monitor with Zoom Text software, a handheld telescope (monocular) and double time to complete examinations. The accommodations have not been in place at the time of testing, and Maria has been disadvantaged. The stress of these struggles with her disability have caused her to suffer from intermittent depression and anxiety, triggering the need, on at least one occasion, for a medical leave of absence.

On August 8, 2011, Maria was scheduled to take the USMLE CK Part II examination at the Prometric Testing Center in Baltimore, and she anticipated that the requested accommodations would be in place for her to take the test. When she arrived for the test, she was led to her accommodations, which had been set up in a private room, and began the test. Shortly thereafter, while the testing continued, she was interrupted by NBME staff and asked to leave her testing area, which they wished to use for a different student. She was asked to be seated in the general testing area. NBME staff broke Maria's specialized computer monitor when attempting to move it, but placed it at Maria's station and attempted to convince her to use it in its broken state. She explained that it was not useful to her. She was then asked to take a seat outside the testing area and simply wait. At that time, she became anxious that there was not enough time remaining for her to complete her exam, given that she required double the time to painstakingly read and respond to the testing. She went to the bathroom and lit a small piece of paper towel on fire, which caused no damage. NBME had her arrested. She was not permitted to reschedule her testing. Thereafter, NBME adjudged that she should be banned from taking any medical testing it administered for three years, on the basis of "irregular behavior." The three year ban effectively ends Maria's medical career and prevents her from practicing medicine.

On March 27, 2012, Maria, by and through attorney William C. Reil, Esquire, filed a Complaint against NBME in the District Court of the Eastern District of Pennsylvania, containing three counts, alleging NBME violated her right to be free from cruel and unusual punishment, her 14th Amendment rights to procedural and substantive due process, and her civil rights under ADA. On April 19, 2012, Maria filed a Motion for Preliminary and/or Permanent Injunction.

On June 21, 2012, the Court dismissed counts I through III of the Complaint and granted leave to file an amended complaint with respect to count IV.  The Complaint was amended on July 19, 2012, including claims alleging that NBME engaged in a pattern of failure to accommodate and failure to accommodate.  On October 31, 2012, the Court granted NBME's motion to dismiss Maria's claim that NBME engaged in a pattern of failure to accommodate.

On February 21, 2013, the Court granted Summary Judgment in favor of NBME.

Appellant filed a Notice of Appeal pro se on March 20, 2013.