# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA MAHMOOD, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF | : | No. 12-1544 |
| MEDICAL EXAMINERS, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this **21st** day of **June, 2012**, upon consideration of Defendant's Motion to Dismiss (doc. 5) and the responses and exhibits thereto, as well as Plaintiff's Motion for Permanent and/or Preliminary Injunction (doc. 4) and Defendant's response in opposition thereto, it is hereby ORDERED that:

1. Counts I, II, and III of Plaintiff's claim are DISMISSED.

2. Plaintiff is granted leave to file an amended complaint with respect to Count IV within 28 days.

3. Plaintiff's Motion for a Permanent and/or Preliminary Injunction is DENIED.

4. Plaintiff's request for oral argument is DENIED.

BY THE COURT:

/s/ Timothy R. Rice
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge