UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

**MARIA MAHMOOD,**
    Plaintiff/Appellant

v.

**NATIONAL BOARD OF MEDICAL EXAMINERS**
    Defendant/Appellee

Appeal No. 13-1908

STIPULATION OF DISMISSAL
PURSUANT TO F.R.A.P. 42(B)

Plaintiff, Maria Mahmood, and Defendant, National Board of Medical Examiners, have agreed to the voluntary dismissal of this appeal under the following terms:

    Plaintiff will not initiate any further action regarding this claim in any venue, and;

    Each party will bear its own costs.

In reliance upon this agreement, it is hereby stipulated and agreed by and between the parties that the above-captioned matter is **DISMISSED** pursuant to F.R.A.P. Rule 42(b) with prejudice and without costs against any party.

Signed: _____    _____
Michael E. Sacks                    Ilene Young
Counsel for Appellee                Counsel for Appellant

Dated: 10/10/13