# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-1908

Maria Mahmood v. National Board of Medical Exam

2-12-cv-01544

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 10/10/2013

cc:
    Neil J. Hamburg, Esq.
    Michael E. Sacks, Esq.
    Ilene B. Young, Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.